**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Rogelio GUEVARA–BARRERA,**
**Defendant–Appellant.**

**No. 08–40183**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern Dis-

trict of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Rogelio Guevara–Barrera (Guevara) appeals the 30–month sentence imposed following his guilty-plea conviction for illegal reentry, in violation of 8 U.S.C. § 1326. He argues that the district court erred by imposing an eight-level sentencing enhancement pursuant to U.S.S.G. § 2L1.2(b)(1)(C). Specifically, he argues that, pursuant to the Supreme Court's decision in *Lopez v. Gonzales,* 549 U.S. 47, 127 S.Ct. 625, 166 L.Ed.2d 462 (2006), his second conviction for simple possession of marijuana under Texas law does not constitute an "aggravated felony" unless the Government conformed with the procedures in 21 U.S.C. §§ 844 and 851, which he asserts the Government failed to do in this case.

As Guevara concedes, his arguments are foreclosed by *United States v. Cepeda–Rios,* 530 F.3d 333, 335–36 & n. 11 (5th Cir.2008). Accordingly, the district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.